

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00301-CR

Robert Michael Eugene **WILKINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B20-175
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment and bill of costs are REFORMED to delete Appellant Robert Michael Eugene Wilkins's requirement to pay attorney's fees, and the trial court's judgment is AFFIRMED AS REFORMED.

SIGNED June 29, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice